IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80182-Civ-Altman/Brannon

PATRICIA ROBALINO DESIGNS, LLC,

    Plaintiff,

v.

CORAL & STONES UNLIMITED, CORP., *et al.,*

    Defendants.

_____/

## MOTION TO MODIFY MEDIATION DEADLINE (UNOPPOSED)

Defendants, Coral & Stones Unlimited, Corp. and Rafael Bild ("Defendants"), by and through their undersigned counsel and pursuant to this Court's "Amended Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge," hereby file their Motion to Modify Mediation Deadline, and state as follows:

1. This Court's "Amended Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge" states that "the parties must have completed mediation and filed a mediation report" by October 8, 2019.

2. Defendants respectfully request the deadline for mediation be extended until November 25, 2019, for the following reasons:

    a. Currently, mediation is scheduled for September 9, 2019.

    b. Counsel for Defendants will be unavailable due to cardiac surgery/medical leave for at least 2-3 weeks commencing August 13, 2019.

    c. Due to the above, Defendants require additional time to obtain discovery prior to mediation. The September 9, 2019 date is no longer realistic, due to counsel's upcoming medical leave, which was not anticipated.

CASE NO. 19-80182

    d.    Defendants' principal will be out of the country from September 10, 2019 – September 24, 2019 on an annual overseas purchasing trip that is critical to Defendants' business.

    e.    The parties' selected mediator, Brian Spector, has no open mediation dates in October but has a number of open dates in November.

3.    This request is made in good faith and not for purposes of delay.

4.    Undersigned counsel certifies that he has conferred with Plaintiff's counsel in an attempt to resolve this matter, and Plaintiff's counsel does not oppose the requested extension, due to the nature of the medical issue and leave.

5.    The case is currently scheduled for trial during the two-week trial calendar beginning on January 21, 2020.  Mediating in November, 2019 would provide ample time to explore settlement prior to trial.

WHEREFORE Defendants respectfully request that this Court extend the deadline for completion of mediation to November 25, 2019.

**Respectfully submitted this 26th day of July, 2019.**

By: /s/ Daniel K. Bandklayder
    Daniel K. Bandklayder, Esq.
    Fla. Bar No. 286265
    Douglas R. Feuer, Esq.
    Fla. Bar No. 0113838
    Attorneys for Defendants
**DANIEL K. BANDKLAYDER, P.A.**
11130 N. Kendall Drive, Suite 104
Miami, Florida 33176
Tele: (305) 670-0242
Fax:  (305) 670-0211
E-mail: danb@dkb-law.com
dougf@dkb-law.com
irmat@dkb-law.com

John C. Carey
Florida Bar. No. 78379
jcarey@careyrodriguez.com
mmartucci@careyrodriguez.com
Amy M. Bowers
Florida Bar No. 105755
abowers@careyrodriguez.com
cperez@careyrodriguez.com
Attorneys for Defendants
**CAREY RODRIGUEZ MILIAN GONYA, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Tel.: (305) 372-7474
Fax: (305) 372-7475

CASE NO. 19-80182

## CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues and this motion is unopposed.

By: */s/ Daniel K. Bandklayder*
Daniel K. Bandklayder, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via EC/CMF this 26th day of July, 2019 to the attorneys on the below Service List.

By: */s/ Daniel K. Bandklayder*
Daniel K. Bandklayder, Esq.
Fla. Bar No. 286265
Douglas R. Feuer, Esq.
Fla. Bar No. 0113838
*Attorneys for Defendants*
DANIEL K. BANDKLAYDER, P.A.
11130 N. Kendall Drive, Suite 104
Miami, Florida 33176
Tele: (305) 670-0242
Fax:  (305) 670-0211
E-mail: danb@dkb-law.com
dougf@dkb-law.com
irmat@dkb-law.com

## SERVICE LIST

**THE CONCEPT LAW GROUP, P.A.**
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Florida 33309
Tel: 754.300.1500
Adam S. Goldman, Esq.
Fla. Bar. No. 86761
agoldman@conceptlaw.com
Alexander D. Brown, Esq.
Fla. Bar No. 752665
abrown@conceptlaw.com
*Counsel for Plaintiff*